1

2

3

4

5

6

7

8

9

10

11

12

13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,           )
                                    )
vs.                                 )          2:11-cr-255-LDG-GWF
                                    )
SERGIO RODRIGUEZ-SALGADO,           )
                                    )
        Defendant.          )          **ORDER**
_____)

14

15

16

17

18

19

20

        On October 21, 2011, the court granted Monique Kirtley's "Motion to Withdraw as Counsel" (#18).  Therefore;

        IT IS HEREBY ORDERED that Todd Leventhal, Esq. is appointed  as counsel for Sergio Rodriguez-Salgado in place of the Federal Public Defender for all future proceedings.

        IT IS FURTHER ORDERED that the Federal Public Defender  shall forward the file to Mr. Leventhal  forthwith.

21

        DATED  this <u>26th</u> day of October 2011.

22

        Nunc Pro Tunc: October 24, 2011.

23

24

25

                                                   GEORGE FOLEY, JR.
                                                 UNITED STATES MAGISTRATE JUDGE

26

27

28